# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Tawoos Bazargani, M. D.
40 Old Lancaster Road, No.406
Merion, Pennsylvania 19066.

Plaintiff

vs.

**13    6176**

Ms. Tammy Radel
Pennsylvania State Board of Medicine
2601 North Third Street
Harrisburg, PA. 17110

And

Pennsylvania State Board of Medicine
2601 North Third Street
Harrisburg, PA. 17110

And

Commonwealth of Pennsylvania
Department of State
Bureau of Professional and Occupational Affairs
2601 North Third Street
Harrisburg, PA. 17110

Defendants

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

Philadelphia Bar Association
Lawyer Referral
and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Tawoos Bazargani, M. D. | * | |
| 40 Old Lancaster Road, No.406 | * | Civil Action |
| Merion, Pennsylvania 19066. | * | |
| Plaintiff | * | |
| vs. | * | |
| | * | |
| Ms. Tammy Radel | * | No. **13**   **6176** |
| Pennsylvania State Board of Medicine | * | |
| 2601 North Third Street | * | |
| Harrisburg, PA. 17110          And | * | |
| | * | |
| Pennsylvania State Board of Medicine | * | |
| 2601 North Third Street | * | |
| Harrisburg, PA. 17110          And | * | |
| | * | |
| Commonwealth of Pennsylvania | * | |
| Department of State | * | |
| Bureau of Professional and Occupational Affairs | * | |
| 2601 North Third Street | * | |
| Harrisburg, PA. 17110 | * | |
| Defendants | * | |

ORDER

Upon consideration of Plaintiff Tawoos Bazargani, M. D.' s
Complaint and the Response there to, it has been Ordered and Decreed in
favor of Plaintiff' s Complaint.

_____
                                                                J

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Tawoos Bazargani, M. D. | * | |
| 40 Old Lancaster Road, No.406 | * | Civil Action |
| Merion, Pennsylvania 19066. | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | |
| | * | |
| Ms. Tammy Radel | * | No. |
| Pennsylvania State Board of Medicine | * | |
| 2601 North Third Street | * | **13     6176** |
| Harrisburg, PA. 17110          And | * | |
| | * | |
| Pennsylvania State Board of Medicine | * | |
| 2601 North Third Street | * | |
| Harrisburg, PA. 17110          And | * | |
| | * | |
| Commonwealth of Pennsylvania | * | |
| Department of State | * | |
| Bureau of Professional and Occupational Affairs | * | |
| 2601 North Third Street | * | |
| Harrisburg, PA. 17110 | * | |
| Defendants | * | |
| | * | |

## COMPLAINT

Plaintiff Tawoos Bazargani, M. D. hereby moves pursuant to Title VII of the Civil Rights Act of 1964 to file the instant Complaint, this Complaint follows Plaintiff' s Discrimination Complaint filed against the above Defendants on May 30, 2013, in the United States Equal Employment Opportunity Commission, which was dismissed for lack of jurisdiction and on August 1, 2013, United States Equal Employment Opportunity

Commission issued its " Dismissal And Notice Of Rights " a copy of which is attached to the instant Complaint.

### UNDERLYING FACTS

1.　　Plaintiff Tawoos Bazargani, M. D. (hereinafter " Plaintiff or Dr. Bazargani ") is an adult individual who is and, at all relevant times, has been a resident of 40 Old Lancaster Road, No.406, Merion, Pennsylvania 19066.

2.　　Defendant Ms. Tammy Radel is an adult individual who has operated as Administrator of Pennsylvania State Board of Medicine and has supervised the operations of all those offices which have operated under her authority who is and, at all relevant times, has maintained an office at the Office of Pennsylvania State Board Medicine, 2601 North Third Street, Harrisburg, Pennsylvania 17110.

3.　　Defendant Pennsylvania State Board of Medicine is an entity which has been constituted and, therefore, operated under the rules and regulations of the state of Pennsylvania, which is and, at all relevant times, has been located at 2601 North Third Street, Harrisburg, Pennsylvania 17110.

4.　　Defendant Commonwealth of Pennsylvania, Department of State, Bureau of Professional and Occupational Affairs is an entity which has been constituted and, therefore, operated under the rules and regulations of the state of Pennsylvania, which is and, at all relevant times, has been located at 2601 North Third Street, Harrisburg, Pennsylvania 17110.

5.　　Defendant Commonwealth of Pennsylvania, Department of State, Bureau of Professional and Occupational Affairs as identified above in paragraph number four (parag. No.4) has, on a ongoing basis during the

2

entire period of Dr. Bazargani' s practice as a physician in the state of Pennsylvania, till December 31 2006, communicated and corresponded with Dr. Bazargani in reference to matters involving Dr. Bazargani' s license in medicine, included but not limited, to renewing Dr. Bazargani' s Medical License, therefore, providing Dr. Bazargani with the application for renewal of her Medical License.

6.      Application for medical license as documented above in paragraph number five (parag. No.5), in the state of Pennsylvania, has been composed of several pages of questions about the physician' s entire personal history including the graduated medical school.

7.      Plaintiff Dr. Bazargani is a physician and also a psychiatrist who has, very successfully practiced medicine and therefore maintained consistently a valid Medical License, in the state of Pennsylvania, from the year 1978 through December 31, 2006, a true and correct copy of Dr. Bazargani' s employment contract, as a psychiatrist, where she has been employed for ten (10) years, has been attached here and marked as Exhibit A.

8.      Plaintiff Dr. Bazargani has, during her entire period of her practice, routinely received her application for renewal of her Medical License, spontaneously, from Commonwealth of Pennsylvania, Department of State, Bureau of Professional and Occupational Affairs, prior to December 2006, see Exhibit A for Dr. Bazargani' s employment contract as a psychiatrist with her employer where she has been employed for ten (10) years.

9.      In fall of year 2006 Plaintiff Dr. Bazargani has not received

3

any application from Commonwealth of Pennsylvania, Department of State, Bureau of Professional and Occupational Affairs which she had previously received, every two years (see Exhibit A for employment document).

10.     In fall of year 2006 Plaintiff Dr. Bazargani has not received any documentation involving any explanation about not receiving any application from Commonwealth of Pennsylvania, Department of State, Bureau of Professional and Occupational Affairs for renewal of her Medical License which she had spontaneously received during her entire practice (see Exhibit A).

11.     Although Defendant Pennsylvania State Board of Medicine has official and legal responsibility in providing physicians with the medical license while practicing medicine in the state of Pennsylvania, unless otherwise ordered by the law, inexplicably, Defendant has not, since fall of year 2006, provided Dr. Bazargani with any Medical License.

12.     Defendant Ms. Tammy Radel, as the ultimate responsible office, who has responsibility in supervising the offices responsible for providing physicians with the medical license, while practicing medicine in the state of Pennsylvania, unless otherwise ordered by the law, while under direct supervision of the previous Governor of the State of Pennsylvania has shown no responsibility, in providing Dr. Bazargani with a renewed Medical License.

13.     Defendant Ms. Tammy Radel, as the ultimate responsible office, who has responsibility in supervising the offices responsible for providing physicians with the medical license, while practicing medicine in the state of Pennsylvania, unless otherwise ordered by the law, while under direct supervision of the previous Governor of the State of Pennsylvania

4

has shown no responsibility, in providing Dr. Bazargani with any reason for not mailing application, therefore, not renewing Dr. Bazargani' s Medical License.

14.    Consequent to not receiving application for renewal of Plaintiff Dr. Bazargani' s Medical Licenses, from the Commonwealth of Pennsylvania, Department of State, Bureau of Professional and Occupational Affairs, prior to expiration of her Medical License in the fall of 2006 which she had, spontaneously, received during the entire period of her medical practice, the renewal of Plaintiff Dr. Bazargani' s Medical License has lapsed her attention.

15.    Early in June 2007 Plaintiff Dr. Bazargani was informed by her employer about her expired Medical License.

16.    Plaintiff Dr. Bazargani immediately after noticing her expired Medical License, in order to minimize damages of her abrupt cessation of her practice upon her patients and damages upon her own, on June 8, 2007, she has written her letter about renewing her Medical License to Defendant Pennsylvania State Board of Medicine a true and correct copy of this letter is attached here and marked as Exhibit B.

17.    Plaintiff Dr. Bazargani has, with her letter of June 8, 2007 to Defendant Pennsylvania State Board of Medicine, about renewing her medical license, attached her check for $360.00, the amount required for renewal of medical license in the state of Pennsylvania (see Exhibit B).

18.    On June 19, 2007 the Defendant State Board of Medicine has cashed Plaintiff Dr. Bazargani' s check for $360.00 which was written for renewal of her Medical License, inexplicably, Defendant has made no

attempt about renewing Plaintiff Dr. Bazargani' s Medical License, a true and correct copy of this check has been attached here and marked as Exhibit B.

19.    On June 30, 2007 Plaintiff in anticipation of receiving her renewed Medical License, has written her Certified letter to the Defendant State Board of Medicine, in order, to have a remedy for her tragedy of abrupt cessation of her practice and has demanded for renewal of her Medical License a true and correct copy of this letter is attached here and marked as Exhibit C.

20.    Enclosed with the letter of June 30, 2007 Plaintiff Dr. Bazargani has completed the related application for the renewal of her Medical License and has enclosed all those requirements which have been identified for the renewal of medical licenses in the state of Pennsylvania (see Exhibit C) which was ignored by the Defendant.

21.    Plaintiff Dr. Bazargani on July 20, 2007 has lost her job and, therefore, her total income because of her expired Medical License, a true and correct copy of Dr. Bazargani' s termination of her employment letter after ten (10) years employment because of her expired Medical License has been attached here and marked as Exhibit D.

22.    Plaintiff Dr. Bazargani' s letter of June 30, 2007 as identified above in paragraphs number nineteen through twenty (parag. No.19-20) has been followed by her letter of July 23, 2007 to Defendant Pennsylvania State Board of Medicine, while anticipating receiving her renewed Medical License, where similar to her letter of June 30, 2007 she demanded again for renewal of her Medical License, as she did not receive any response from Defendant Pennsylvania State Board of Medicine about renewing her Medical License.

23.   Plaintiff' s Certified letter of August 12, 2007 to Defendant Pennsylvania State Board of Medicine, in anticipation of receiving her renewed Medical License, followed her letter of July 23, 2007 and was identical, in context, as she did not receive any response from Defendant Pennsylvania State Board of Medicine about renewing her Medical License a true and correct of this letter is attached here and marked as Exhibit E.

24.   Finally, Plaintiff' s letter of August 26, 2007 to the Defendant Pennsylvania State Board of Medicine, while anticipating receiving her renewed Medical License, followed her letter of August 12, 2007 and was identical, in context, as she did not receive any response from Defendant Pennsylvania State Board of Medicine about renewing her Medical License.

25.   Plaintiff Dr. Bazargani has undergone a quarter of century education and has successfully earned her entitlement not only as a physician but also as a psychiatrist and has successfully practiced medicine in the state of Pennsylvania, with standard patient car, from 1987 through December 31, 2006, inexplicably, despite Plaintiff' s endless endowers as documented above through paragraphs number fifteen through twenty four (parag.s No.15-24) the above defendants have failed to renew Plaintiff Dr. Bazargani' s Medical License and have failed to provide Plaintiff with any cause for not renewing Plaintiff' s Medical  License, see Exhibit A for Plaintiff Dr. Bazargani' s employment contract, see Exhibit D for termination of her employment.

26.   63 P.S. section 422.25(d) clearly defines the responsibility, therefore, the liability of the Defendants as follow, " Upon receiving a proper application for such registration accompanied by the fee, if any, above provided for, the board shall issue a certificate of registration to the

applicant. Said certificate together with its renewals shall be good and sufficient evidence of registration under the provision of this act. ", see *Bullock v. Horn* 720 A.2d 1079, Cmwlth. 1998.

27.   The above identified Pennsylvania Statute documented through the above paragraph number twenty six (parag.No.26) strongly clarifies Plaintiff Dr. Bazargani' s rights and her legal entitlement and therefore violations of her legal rights and her legal entitlement as a physician in the state of Pennsylvania.

28.   Plaintiff Dr. Bazargani on November 8, 2008 has written her Final Notice to Defendant Pennsylvania State Board of Medicine about Defendants' failure to renew Plaintiff's Medical License, a true and correct copy of this letter is attached here and marked as Exhibit F.

29.   On November 21, 2008 Plaintiff Dr. Bazargani has filed her claim against the above Defendants because of not renewing her Medical License after Defendant Pennsylvania State Board of Medicine ignored Plaintiff' s Final Notice, as identified above through paragraph number twenty eight (parag. No.28) a true and correct copy of the docket entry of Dr. Bazargani' s claim against the above Defendants because of Defendants' failure to renew Dr. Bazargani' s Medical License is attached here and marked as Exhibit G. (see the Case No.08-33281, November term 2008, at Commonwealth of Pennsylvania, Montgomery County, Court of Common Pleas).

30.   During the entire litigation of the claim as identified in the above paragraph number twenty nine (Parag. No.29) the Defendants' sole defense was sovereign immunity, (see the Case No.08-33281, November term 2008, at Commonwealth of Pennsylvania, Montgomery County, Court of Common Pleas).

31.    During the entire litigation of the claim as identified in the above paragraph number twenty nine (Parag. No.29) Defendants on a persistent basis have tried to cover up their illegal, victimizing and discriminatory action against Plaintiff Dr. Bazargani by their baseless excuses about the credit for continuing education, see (the Case No.08-33281, November term 2008, at Commonwealth of Pennsylvania, Montgomery County, Court of Common Pleas).

32.    During the entire litigation of the claim as identified in the above paragraph number twenty nine (Parag. No.29) Defendants on a persistent basis have failed to present any cause for Defendants' failure to mail application for the renewal of Plaintiff Dr. Bazargani' s Medical License, (see the Case No.08-33281, November term 2008, at Commonwealth of Pennsylvania, Montgomery County, Court of Common Pleas).

33.    During the entire litigation of the claim as identified in the above paragraph number twenty nine (Parag. No.29) Defendants on a persistent basis have failed to present any cause for not mailing application for the renewal of Plaintiff Dr. Bazargani' s Medical License, (see the Case No.08-33281, November term 2008, at Commonwealth of Pennsylvania, Montgomery County, Court of Common Pleas).

34.    During the entire litigation of the claim as identified in the above paragraph number twenty nine (Parag. No.29) Defendants on a persistent basis have failed to present any cause for not renewing Defendants' Dr. Bazargani' s Medical License, (see the Case No.08-33281, November term 2008, at Commonwealth of Pennsylvania, Montgomery County, Court of Common Pleas).

35.    During the entire litigation of the claim as identified in the above paragraph number twenty nine (Parag. No.29) Defendants on a persistent basis have failed to present any cause for not responding to Plaintiff Dr. Bazargani' s letters as documented above through paragraphs number sixteen through twenty four (parag. 16-24) in reference to renewal of her Medical License, (see the Case No.08-33281, November term 2008, at Commonwealth of Pennsylvania, Montgomery County, Court of Common Pleas).

36.    On December 5, 2012 Plaintiff Dr. Bazargani filed her Motion demanding the above Defendants' explanation for Defendants' vindictive and discriminatory behavior of not renewing Plaintiff' s Medical License as Plaintiff despite her endless endower could not identify any cause for the above Defendants failure to renew Plaintiff' s Medical License (see docket entry at Exhibit G for this Motion).

37.    On May 30, 2013 Plaintiff Dr. Bazargani has filed her Discrimination Complaint in United States Equal Employment Opportunity Commission as Defendants have failed to file any response to Plaintiff' s Motion of December 5, 2012 demanding the explanation for Defendants' vindictive and discriminatory behavior of not renewing Plaintiff Dr. Bazargani' s Medical License, for no cause, (which has been unheard of in the medical history of the state of Pennsylvania, see docket entry at Exhibit F)

38.    On August 1, 2013 United States Equal Employment Opportunity Commission claimed the " lack of jurisdiction " and issued its " Dismissal And Notice Of Rights " which was followed by the instant Complaint, a true and correct copy of United States Equal Employment

Opportunity Commission's Decision has been attached to the instant Complaint.

39.     The above Defendants have not failed to provide a non Muslim physician with application for renewal of the Medical License as identified above in paragraph number six (6) for no cause what so ever.

40.     The above Defendants have not failed to provide a non Muslim physician with application for renewal of the non Muslim physician's Medical License.

41.     The above Defendants have not refused to respond a non Muslim physician's five letters about not mailing the application for renewal of such a physician's medical license, (see above paragraphs 15-25).

42.     The above Defendants' failure to renew Plaintiff Dr. Bazargani's Medical License for no cause were motivated by bias and discrimination based on Plaintiff's religion as a Muslim.

43.     The above Defendants' failure to mail the application for renewal of Plaintiff's Medical License was motivated by bias and discrimination based on Plaintiff's religion as a Muslim.

44.     The above Defendants' failure to mail the application for renewal of Plaintiff's Medical License and those surrounding the refusal to respond to Plaintiff's five letters in reference to the cause for not mailing application involving the renewal of Plaintiff's Medical License was motivated by bias and discrimination based on Plaintiff's religion as a Muslim.

45.     As the result of above Defendants' denial to renew Plaintiff Dr. Bazargani's Medical License for no cause, what so ever, Plaintiff's employment has been terminated and plaintiff has undergone ongoing pain

and suffering which has had a detrimental impact upon plaintiff's ill heart, consequently, plaintiff demands for relief in excess of $50,000.00.

WHEREFORE, Plaintiff Tawoos Bazargani, M. D. prays this Honorable Court to Order and Decree in favor of plaintiff's instant Complaint.

Date: October 20, 2013                    Respectfully Submitted

                                        T. Bazar gm. D.
                                        Tawoos Bazargani, M. D.

12

and suffering which has had a detrimental impact upon plaintiff' s ill heart, consequently, plaintiff demands for relief in excess of $50,000.00.

WHEREFORE, Plaintiff Tawoos Bazargani, M. D. prays this Honorable Court to Order and Decree in favor of plaintiff' s instant Complaint.

Date: October 20, 2013                    Respectfully Submitted

                                          T. Bazarg M.D.
                                          Tawoos Bazargani, M. D.

UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

Tawoos Bazargani, M. D.
 40 Old Lancaster Road, No.406
 Merion, Pennsylvania 19066.

                        Plaintiff

        vs.

Ms. Tammy Radel
Pennsylvania State Board of Medicine
2601 North Third Street
Harrisburg, PA. 17110          And

Pennsylvania State Board of Medicine
2601 North Third Street
Harrisburg, PA. 17110          And

Commonwealth of Pennsylvania
Department of State
Bureau of Professional and Occupational Affairs
2601 North Third Street
Harrisburg, PA. 17110

                        Defendants

## CERTIFICATE OF SERVICE

Plaintiff Tawoos Bazargani, M.D. hereby certifies that the true and
correct copies of " Plaintiff Tawoos Bazargani, M. D.' s Complaint " have
been deputized on the following parties on October 22, 2013

Ms. Tammy Radel                  Commonwealth of
Pennsylvania State Board of Medicine    Pennsylvania, Department
2601 North Third Street             of State, Bureau of
Harrisburg, PA. 17110              Professional and
                                    Occupational Affairs
Pennsylvania State Board of Medicine    2601 North Third Street
2601 North Third Street             Harrisburg, PA. 17110
Harrisburg, PA. 17110

Tawoos Bazargani, M. D.

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Tawoos Bazargani<br>40 Old Lancaster Road<br>Apt. 406<br>Merion Station, PA 19066 | From: **Philadelphia District Office**<br>**801 Market Street**<br>**Suite 1300**<br>**Philadelphia, PA 19107** |
|---|---|

| | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 530-2013-02389 | **Legal Unit** | (215) 440-2828 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other *(briefly state)*   **Lack of jurisdiction**

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____          8/1/13

Enclosures(s)                  **Spencer H. Lewis, Jr.**          *(Date Mailed)*
                               **District Director**

cc:   **Dr. Andrew D. Behnke**
      **Chairman**
      **PENNSYLVANIA BOARD OF MEDICINE**
      **2601 N. Third Street**
      **Harrisburg, PA 17110**



**John F. Kennedy Community Mental Health/Mental Retardation Center**
112 North Broad Street, Philadelphia, Pennsylvania 19102-1577 • (215) 568-0860

Delores Wilson, Esq.
President
Board of Directors

Jo Williamson, M.A.
Chief Executive Officer

June 18, 1997

Tawoos Bazargani
40 Old Lancaster Rd.
Merion, PA  19066

### LETTER OF AGREEMENT

This will confirm the intention of the John F. Kennedy
Community Mental Health/Mental Retardation Center to
retain your services as a consultant to the Center for
the following purposes:

| | |
|---|---|
| **Position:** | Psychiatrist |
| **Location(s)** | 112 North Broad Street |
| **Services:** | Consultant |
| **Social Security #:** | 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 |
| **Effective Date:** | June 18, 1997 |

It is understood that said services are provided by you as an
independent contractor and not as an employee of the Center.
The Center assumes no responsibility for the payment of any
employer FICA taxes, unemployment insurance or worker's
compensation insurance on your behalf.

It is agreed that the Center shall pay $ 63.00  per hour for
services rendered under this Agreement.  Center agrees to
make said payments promptly after receipt of a written
invoice for said services delivered to the following
address:  John F. Kennedy Community MH/MR Center,
         112 North Broad Street,
         Philadelphia PA.
         Attention: PAYROLL.
It is understood that no payments will be made without
submission by you of a written invoice to the Center.

This agreement may be terminated at any time by either party by written notice addressed to the Center at 112 North Broad Street, Philadelphia, PA. 19102 and to you at the address written above.

Please indicate your acceptance of the terms of this letter by signing where indicated below.

We look forward to a long and mutually productive relationship.

Jo Williamson
PRESIDENT

Accepted by: T. Bouyee

**EXHIBIT PA-2**

## SUBCONTRACTOR'S CERTIFICATION OF NON-INDEBTEDNESS
## TO THE CITY OF PHILADELPHIA

Subcontractor has entered into a Contract with <u>Centralized Comprehensive Human Services,</u>

<u>Inc. t/a John F. Kennedy Community MH/MR Center</u>   ("Provider")   to   perform   certain

services in connection with Provider's Contract with the City of Philadelphia (Contract Number

_____ ).

Subcontractor hereby certifies and represents to City that Subcontractor and Subcontractor's parent company(ies) and subsidiary(ies) are not currently indebted to the City and will not at any time during the term of Subcontractor's Contract with Provider (the "Subcontract"), including any extensions or renewals thereof, be indebted to the City, for or on account of any delinquent taxes (including, but not limited to, taxes collected by the City on behalf of the School District of Philadelphia), liens, judgments, fees or other debts for which no written agreement or payment plan satisfactory to the City has been established.   In addition to any other rights or remedies available at law or in equity, Subcontractor acknowledges that any breach of or failure to conform to this certification may, at the option and direction of the City, result in the withholding of payments otherwise due to Subcontractor for services rendered in connection with the Contract and, if such breach or failure is not resolved to the City's satisfaction within a reasonable time frame specified by the City in writing, may result in the offset of any such indebtedness against said payments otherwise due to Subcontractor and/or the termination of Subcontractor for default (in which case Subcontractor will be liable for all excess costs and other damages resulting from the termination).

Self

_____
Name of Subcontractor


By:  _____
      Authorized Signatory


Title:  _____
        President or Vice President


      _____
      Print Name


Attest:  _____
         Secretary or Treasurer





**John F. Kennedy Community Mental Health/Mental Retardation Center**
112 North Broad Street, Philadelphia, Pennsylvania 19102-1577 • (215) 568-0860

Delores Wilson, Esq.
President
Board of Directors'

Jo Williamson, M.A.
Chief Executive Officer

Date:       June 18, 1997

To:         Tawoos Bazargani

From:       Joel Esterman, Vice President – Operations

Subject:    Consultant Agreement

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Attached is a consultant agreement which I would like you to
review and signature.  Please return the agreement to Personnel
where the original will be retained and a copy sent to you.

Consultant checks are issued bi-weekly in conjunction with the
payroll (see attached pay schedule).  An invoice documenting
hours worked and approved by the Supervisor is required and
due the Monday preceding the pay period ending (see schedule).
The Finance Department on the 8th floor, Room 813, receives
invoices and issues checks.

Please feel free to contact me if you have questions.

Tawoos Bazargani, M.D.
Apartment No. 43
One Christian Street
Philadelphia, Pa.19147

Certified Mail No. 7006-3450-0002-1424-9467

Medical Board
P.O. Box 2649
Harrisburg, Pa. 17105                    June 8.2007

Dear Medical Board:

To the date of this letter I (Tawoos Bazargani, M.D.)have not received any notice for renewal of my medical license. Enclosed please find the check No.240 for $360.00 which is written for renewal of my medical license No. M.D. 037579-L. The application for renewal of my license has been completed online while on the telephone with a gentleman from the office at Harrisburg, Pennsylvania. If a notice has been mailed please let me know about the mailing date of the notice.

May I thank you for your consideration in this matter.

Very truly yours

Tawoos Bazargani, M.D.

**TAWQOS BAZARGANI, M.D.**
PH: 215-7615-3135

3734/801   240

3-7615/360
588

Date _June 8, 2007_

Pay to the
order of _Commonwealth of Pennsylvania_   | $ 360   00/100

_Three hundred and sixty_   (For medical _____ Dollars
Citizens Circle Account _License_)

**Citizens Bank**
Pennsylvania

For _For Renewal of medical license # 03759-L_   _T. Bazargani_

⑆036076150⑆ 6214744727⑈   0240 ⑆0000036000⑈

99999991 218 061807    06
CITIZENS e155/05 751/001
RIVERSIDE RJ 061925A
0115001420
42000138836

No.

PAY TO THE ORDER OF
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF STATE - BPOA

08240666

►0312007304
NACHA/JP 4A SUC752 2190T
PHILA, PA 9, 192007   2548

9470455859

| | |
|---|---|
| Posting Date | 2007 Jun 19 |
| Posting Seq No | 42013836 |
| Account Number | 6214744727 |
| Check Number | 240 |
| Amount | $360.00 |

Tawoos Bazargani, M.D.
Apt. No.43
One Christian Street
Philadelphia, PA. 19147

Certified Mail No.7006-2150-0004-5673-9982

State Board of Medicine
P.O. Box 2649
Harrisburg, PA. 17105                          June 30,2007

RE: Reinstatement of The Medical License of
     Tawoos Bazargani, M.D. No.037579-L

The following are the description of the cause and the conditions for the
above identified medical license:

1.  I, Tawoos Bazargani, M.D. (hereinafter " Dr. Bazargani ") has
    obtained my medical license in year 1978 and since initiation of
    my medical license I have practiced only in Pennsylvania and has
    always been in total compliance with renewing my medical license
    and obtaining the required Continuing Medical Education.

2.  I, Dr. Bazargani, during last three decades, on a very organized
    Manner, have received the application and the related documents
    from the Harrisburg Office, for renewal of my medical license
    which I have processed accordingly and therefore have received
    the renewed medical license.

3.  For a reason unknown to myself I, Dr. Bazargani, have not, last
    year, received the routine mail from the Harrisburg Office for
    renewal of my medical license and merely because of Harrisburg
    Office's intact discipline and its orderliness in providing myself,
    Dr. Bazargani, with the required materials and needed documents
    for renewing my medical license, therefore, the expiration and
    renewal of my medical license has lapsed my attention. I, have
    requested about the date when the last application has been mailed
    so that I can do the proper investigation in that regard.

4.  Immediately after I, Dr. Bazargani, has noticed the expired license
    I have written my letter to Harrisburg Office where I have enclosed
    a check for $360.00 and have requested for the renewal of my
    license.

5.   There has not been any changes in my practice in year 2007 from the previous years and I, Dr. Bazargani, as the previous years, have been employed and have been practicing adult psychiatry in John F. kennedy Community Mental Health Mental Retardation Center where I evaluate the patients, initiate treatment, and follow up the patient for their psychiatric treatment. I, Dr. Bazargani's part time practice has remained very limited and in year 2007 I have not accepted any new patients in order to keep the practice limited to the patients had already been under my treatment.

6.   I, Dr. Bazargani, for more than two decades have had my liability medical insurance with Pennsylvania medical society liability Insurance Company ( " PMSLIC " ) and have not had a single claim against my practice, a copy of the PMSLIC' certification for medical liability insurance is enclosed.

7.   I, Dr. Bazargani, has almost attended all conferences held for better patient care and better patients' treatment by John F. Kennedy Community Mental Health Mental Retardation Center.  I, Dr. Bazargani, also have, on yearly basis, successfully participated, in Risk Management Program in patients' treatment held by PMSLIC and have earned the required continuing medical education for risk management of the patients.

8.   The Pennsylvania CME requirement for (MD) Unrestricted License under section " The Following Exemptions Apply For Certain Physicians " has documented as follow: " A physician who is seeking to instate an inactive or lapsed license shall show proof of  compliance with the continuing education requirement for the preceding renewal period.

9.   I have enclosed a copy of the Continuing Medical Education (" CME ") which I have earned from June 2003 through December 2004 which totaling of ninety one hours of category one (1) CME, as a proof of compliance with the continuing education requirement for the preceding renewal period as documented in the above paragraph No.8.  Because, very unexpectedly, the package which included my CME documents from the year 2005 through present has been missing in Dr. Bazargani' s, (myself) condominium apartment located in the condominium building where I am the only occupant but not the only one who has access to the entire condominium apartment.  I have also enclosed a copy of the document for four (4) hours of category one (1) CME dated March 3,2007 which I just earned it and the document has not yet

been placed in the above mentioned missing package. I, Dr. Bazargani, have also registered to attend another conference in short future which certifies for four (4) hours of category 1 CME, plus I will be attending many more conferences by the end of this year. Please consider that not renewing Dr. Bazargani' s, myself, medical license because of the continuing education could do much more damages to Dr. Bazargani' s patients and the doctor herself than what the above mentioned missing package containing the recent CME can do.

10. It has been Dr. Bazargani' s (myself) understanding that fortunately the total requirement for CME has increased up to one hundred hours please inform me about the deadline which the physicians have been mandated to complete earning one hundred hours of CME.

11. I, Dr. Bazargani have enclosed a copy of PMSLIC' s certification for my Medical Liability Insurance which would remain valid until January 1,2008 Plus a check for $30.00 as it has been instructed in the enclosed application, the check written for $360.00 has already been cashed.

Please do not hesitate to contact me if there is any further question.

Enclosures: 1-A check for $30.00
2-A description of C.V.
3- A copy of PMSLIC' s Certification for Medical Liability Insurance.
4-Completed Application including Pages 1,2,and 3.
5- the copies of CME

Very truly yours

Tawoos Bazargani, M.D.

Tawoos Bazargani, M.D.
Apt. No.43
One Christian Street
Philadelphia, PA. 19147

Certified Mail No.

Ms. Nancy Read
State Board of Medicine
P.O. Box 2649
Harrisburg, PA. 17105                    June 30,2007

RE: Reinstatement of The Medical License of
    Tawoos Bazargani, M.D. No.037579-L

Dear Ms. Read:

Enclosed please find the check No.254 for $30.00 which is written for
the renewal of the above identified medical license. The rest of the
requirement has been mailed with the original package and the check for
$360.00 has already been cashed. A copy of the Curriculum Vitae has been
enclosed

Thanking you in advance for your consideration in this matter.

Very truly yours

Tawoos Bazargani, M.D.

Case 2:13-cv-06176-ER Document 28d9d9c511f16fca

Delores Wilson Esq
Chairperson
Board of Directors



Jo Williamson
President/CEO

# MEMORANDUM

### HAND DELIVERED

**TO:**    **Dr. Tawoos Bazargani**

**FROM:**  **Dina Pescatore, Human Resources Officer**

**DATE**   **July 20, 2007**

**RE:**    **Suspension of Employment Contract**

---

**Your services are temporarily suspended effective July 20, 2007 until you provide a valid physician's license.**

**Please keep me apprised of your progress in obtaining such license. You will be required to show an original license in order to be re-instated.**

**If you should have any questions, please feel free to contact me at 215-568-0860, x3381.**

**DP:sc**

**cc:**    **Human Resources File**
          **Dr. Robert Bass**
          **Fari Thompson**

Tawoos Bazargani, M.D.
Apt. No.43
One Christian Street
Philadelphia, PA. 19147

Certified Mail No.7006-2760-0003-2171-4497

State Board of Medicine
P.O. Box 2649
Harrisburg, PA. 17105                          August 12,2007

RE: Reinstatement of The Medical License of
Tawoos Bazargani, M.D. No.037579-L

My curriculum vitae since the expiration of my medical license has
been mailed with certified mail to the above address on June 30, 2007, in a
package, including the completed and signed application for reinstatement
of my medical license plus completed and signed of page three (3) of the
application, also a check for $360.00 and Continuing Medical Education
(hereinafter " CME ") except for those which were missing.    To this date I
have not received my renewed medical license and my patients continued to
be deprived from my medical care because of not receiving my renewed
medical license. This wring is a continuum of my previous writings
involving the renewal of my medical license.  The followings involving the
chronology of my expired medical license are documented again.
       1.      For a reason unknown to myself I, Tawoos Bazargani, M.D.
have not received, during the last year, the routine mail from the Harrisburg
Office for renewal of my medical license and merely because of Harrisburg
Office's intact discipline and its orderliness in providing myself, with the
required materials and needed documents for renewing my medical license,
therefore, the expiration and renewal of my medical license has lapsed my
attention. I, have requested about the date when the timely application for
renewal of my medical license has been mailed so that I can do the proper
investigation in that regard and so far I have not received any certain date.
       2.      Immediately after I, Tawoos Bazargani, M.D. have noticed the
expired license I have written my letter to the Medical Board at Harrisburg
Office where I have also enclosed a check for $360.00, the required amount
for renewal of my license. My check was cashed by June 19, 2007 and by
June 30,2007 I have forwarded the completed and signed application

August 12, 2007

Certified Mail No. 7006-2760-0003-2171-4497

-Page 2-

package for renewal of my license as it has been detailed in the above first paragraph .

    3.    There has not been any changes in my practice in year 2007 from the previous years and I have been, as the previous years, employed and have been practicing adult psychiatry in John F. kennedy Community Mental Health Mental Retardation Center where I evaluate the patients, initiate treatment, and follow up the patients for their psychiatric treatment. My part time practice has remained very limited and in year 2007 I have not accepted any new patients in order to keep the practice limited to the patients that had already been under my treatment whom solely remain under my care.

    4.    On Friday July 20, 2007 my patients had to be deprived from my professional care because my job has been terminated because I have not yet received my renewed medical license.

    5.    On June 30, 2007, as it has been documented in the above first paragraph, I have mailed the completed and signed application for reinstatement of my medical license including page number three (3) of the application plus the required check and my preceding CME to the above identified address.

    6.    The State Board of Medicine's letter dated July 30, 2007 has documented about signing page three (3) of the application, which I had already signed and mailed by certified mail of June 30, 2007 and will mail , again with this Curriculum Vitae, and it has also documented about the Continuing Medical Education. I have enclosed the following CME credits with the present application: A- The copies of certificates for CME which are dated from 2005 through the present time which totaling of sixty five hours plus three fourth of an hour (65.75) of category one (1) credits. B- I have enclosed a certificate of registration and, therefore, attendance in a medical conference which is titled " Women in Medicine " which certifies for a total of fifteen hours plus a quarter of hour and I have earned about thirteen (13) hours credits of category one (1) credit a copy of which will be forwarded to the above identified office as soon as it becomes available. C- I have been participating on yearly basis in risk management education provided by the company which insures my practice for any malpractice,

August 12, 2007

Certified Mail No. 7006-2760-0003-2171-4497

-Page 3-

that is, Pennsylvania Medical Society liability Insurance company
(PMSLIC) which usually is about six (6) credits of category one (1) credit,
and the copies of these missing certificates also will be forwarded to the
above identified office immediately after the copies become available.  D-
Consequently, my total CME credits at the time of this application has added
up to a total of ninety hours plus three fourth of an hour (90.75 hours). E-
Considering the fact that it has been only recently that the required CME
credits has increased from sixty (60) hours in to one hundred (100) hours in
the biennial period, consequently, the authorities has strongly emphasized
that there should be noticeable flexibility about the time period during which
the physicians are mandated about earning one hundred (100) credits.  F-
Finally I am planning to earn another one hundred (100) CME credits of
category one (1) by the end of year 2008 which will make me eligible of
continuing to have a valid medical license.  I also plan to earn another
additional nine (9) hours plus one quarter of hour (9.25) in order to make the
current credits a total of one hundred (100) hours of category one (1) credits
if the laws involving the CME requires myself to do so.

  7.  The Pennsylvania CME requirement for (MD) Unrestricted
License under section " The Following Exemptions Apply For Certain
Physicians " has documented as follow: "  A physician who is seeking to
instate an inactive or lapsed license shall show proof of  compliance with the
continuing education requirement for the preceding renewal period. ".

  8.  Indeed I am an innocent victimized physician and a psychiatrist
who has successfully practiced in Pennsylvania for about thirty (30) years
with noticeable patient satisfaction and no complain against my patient care
who has proven of having a routine pattern of meeting more than required
CME, on a on going basis, and being eager in enhancing her knowledge
through CME.

  CONCLUSION: My patients and myself are merely the innocent
victims of the above documented circumstances, to minimize the damages
on my patients as well as myself I am forwarding the certificates of (90.75
hours) ninety hours plus three fourth of an hour CME which I have earned
during the last few years, the certificates for sixty five hours plus three
quarter of hour (65.75 hours) has already been enclosed and for another

August 12,2007

Certified Mail No.7006-2760-0003-2171-4497

-Page 4-

thirteen hours (13 hours) I have already enclosed the registration receipt
which I have received personally while present for the conference and a
copy of the certificate will be forwarded immediately after it becomes
available which totals of (78.75 hours) seventy eight hours plus three quarter
of an hour and the certificates for the remaining will be forwarded as soon as
I receive a copy of the old missing certificates.  Furthermore, I am aware
that by the end of 2008 I must earn another one hundred hours (100 hours)
of CME category one (1) in order to maintain a valid medical license plus
another nine hours and one quarter of one hour (9.25 hours) if the law
requires so.

     I also enclosed the check No.279 for $35.00 as the requirement for an
expired license.


     Please do not hesitate to contact me if there is any further question.




Very truly yours

Tawoos Bazargani, M.D.

Enclosures:
The copies of CME certificates
The check No.279 for $35.00
The completed and signed page 3
Of the application
A copy of the application dated June 30, 2007



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Prov*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $1.31 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.96 |

Postmark
Here
AUG 1 4 2007

PHILA PA 19104
M1 M.O.F.W.

Sent To STaTe Board of Medicine

Street, Apt. No.; or PO Box No. P.O. BOX 2649

City, State, ZIP+4 Harrisburg, Pa. 17105

PS Form 3800, August 2006                See Reverse for Instructions

7006 2760 0003 2171 4497

Tawoos Bazargani, M.D.
40 Old Lancaster Road
No.406
Merion, PA. 19066

Ms. Tammy Radel
Board Administrator
Pennsylvania State Board of Medicine
P.O. Box 2649
Harrisburg, PA. 17105

November  7, 2008

Re: Ten Days Notice In Reference To
Tawoos Bazargani, M. D.' s Medical License

Dear Ms. Radel:

This Notice follows my previous letters addressed to the office of
Pennsylvania State Board of Medicine, at the above identified address, in
reference to renewal of my medical license. I (Tawoos Bazargani, M.D.) as
a physician and a psychiatrist have successfully practiced in Pennsylvania
for almost three decades. In December 2006, the office of the Pennsylvania
State Board of Medicine, for a cause totally unknown to myself, has not
renewed my medical license which has led in to abrupt termination of my
practice, and therefore being deprived from my legitimate rights of
practicing medicine in Pennsylvania. This Notice is to inform you that, a
legal action will be taken against Pennsylvania State Board of Medicine,
because of those documented above in this letter, unless my medical license
has been renewedrenewedreinstated and I have been compensated for the
damages by the due date of this notice and no further notice will be given.

Please do not hesitate to contact me if there is any question.

Very truly yours

Tawoos Bazargani, M. D.

Back to Search  >  Case #2008-33281

## – Case Details

| | |
|---|---|
| Case Number | 2008-33281 |
| Commencement Date | 11/21/2008 |
| Case Type | Complaint Civil Action |
| PFA Number | |
| Caption Plaintiff | BAZARGANI, TAWOOS |
| Caption Defendant | RADEL, TAMMY |
| Lis Pendens Indicator | No |
| Status | 5 - OPEN/ON APPEAL |
| Judge | DEMCHICK-ALLOY |
| Parcel Number | |
| Remarks | |
| Sealed | No |
| Interpreter Needed | |

Docket Date Range:   **Docket Entries**

Advanced Case Print

## – Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| BAZARGANI, TAWOOS | 40 OLD LANCASTER RD NO 406 MERION, PA 19066 UNITED STATES | UNITED STATES | | Yes | 1 |

## – Defendants

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| RADEL, TAMMY | 2601 NORTH THIRD ST HARRISBURG, PA 17110 UNITED STATES | UNITED STATES | UNGER, SUE ANN | Yes | 1 |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF STATE BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS | 2610 NORTH THIRD ST HARRISBURG, PA 17110 UNITED STATES | UNITED STATES | UNGER, SUE ANN | Yes | 2 |
| PENNSYLVANIA STATE BOARD OF MEDICINE | 2601 NORTH THIRD ST HARRISBURG, PA 17110 UNITED STATES | UNITED STATES | UNGER, SUE ANN | Yes | 3 |

## – Garnishees

## – Other Party Types

## – Dockets

| Seq. | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|
| 0 | 11/21/2008 | Complaint Civil Action | | No | 7245597 |
| 1 | 11/21/2008 | Civil Cover Sheet | | No | 7245600 |
| 2 | 12/9/2008 | (Internal Use Only) Served | OFFICE OF ADMINISTRATION PA STATE BOARD OF MEDICINE ON 12/02/2008 DAUPHIN COUNTY | No | 7262132 |
| 3 | 12/9/2008 | (Internal Use Only) Served | MS TAMMY RADEL ON 12/02/2008 DAUPHIN COUNTY | No | 7262143 |
| 4 | E 12/22/2008 | Preliminary Objections of | TAMMY RADEL | No | 7276814 |
| 5 | E 12/22/2008 | Affidavit/Certificate of Service of | PRELIMINARY OBJECTIONS & MEMO OF LAW ON 12/22/2008 | No | 7276829 |
| 6 | E 12/22/2008 | Memorandum of Law | BY COMMONWEALTH PARTY | No | 7276833 |
| 7 | E 12/22/2008 | Affidavit/Certificate of Service of | PREL OBJ & MEMORANDUM OF LAW ON 12/22/2008 | No | 7276836 |
| 8 | 12/30/2008 | Amended Complaint | | No | 7285808 |
| 9 | 1/13/2009 | (Internal Use Only) Served | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF STATE BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS ON 1/6/09 BY DAUPHIN CO | No | 7301128 |
| 10 | E 1/14/2009 | Preliminary Objections of | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF STATE BUREAU OF PROFESSIONAL | No | 7302136 |

| | | | AND OCCUPATIONAL AFFAIRS | | |
|---|---|---|---|---|---|
| 11 | E 1/14/2009 | Affidavit/Certificate of Service of | COMMONWEALTH PARTY'S PRELIMINARY OBJECTIONS TO PLAINTIFF'S AMENDED COMPLAINT ON 01/14/2009 | No | 7302143 |
| 12 | E 1/14/2009 | Memorandum of Law | BY COMMONWEALTH PARTY | No | 7302149 |
| 13 | E 1/14/2009 | Affidavit/Certificate of Service of | COMMONWEALTH PARTY'S MEMORANDUM OF LAW TO PLAINTIFF'S AMENDED COMPLAINT ON 01/14/2009 | No | 7302152 |
| 14 | E 1/28/2009 | Praec for Argument | MATTER IS APPEALABLE - PREL OBJS | No | 7317158 |
| 15 | E 1/28/2009 | Affidavit/Certificate of Service of | ARGUMENT PRAECIPE ON 01/28/2009 | No | 7317186 |
| 16 | E 1/28/2009 | Entry of Appearance | OF SUE ANN UNGER FOR TAMMY RADEL, PENNSYLVANIA STATE BOARD OF MEDICINE, COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF STATE BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS | No | 7318026 |
| 17 | E 1/28/2009 | Affidavit/Certificate of Service of | PRAECIPE FOR APPEARANCE ON 01/28/2009 | No | 7318039 |
| 18 | 2/3/2009 | Objection/Opposition | PLTF TO DEFT REQUEST FOR ARGUMENT PRAECIPE & PLTF VERIFICATION OF DEADLINE DATE FOR FILING PLTF RESPONSE TO DEFTS PREL OBJECTION | No | 7324727 |
| 19 | 2/3/2009 | Affidavit/Certificate of Service of | OBJECTION TO DEFT REQUEST FOR ARGUMENT PRAECIPE & VERIFICATION OF DEADLINE DATE ON 2/3/2009 | No | 7324731 |
| 20 | E 2/4/2009 | Reply | BY COMMONWEALTH DEFTS TO PLTFS OBJECTION TO ARGUMENT PRAE & PLTFS MOT FOR RELIEF & VERIFICATION | No | 7326248 |
| 21 | E 2/4/2009 | Affidavit/Certificate of Service of | RESPONSE ON 02/04/2009 | No | 7326254 |
| 22 | E 2/4/2009 | Memorandum of Law | BY COMMONWEALTH DEFENDANTS | No | 7326264 |
| 23 | E 2/4/2009 | Affidavit/Certificate of Service of | MEMORANDUM OF LAW ON 02/04/2009 | No | 7326274 |
| 24 | 2/11/2009 | Affidavit/Certificate of Service of | PLTF OBJS TO DEFTS REQ FOR ARGUMENT PRAE & PLTFS VERIFICATION OF DEADLINE DATE FOR FILING PLTFS RESP TO DEFTS PREL OBJ ON 02/03/2009 | No | 7333408 |
| 25 | 2/18/2009 | Objection/Opposition | TO DEFT RESPONSE BY PLTF | No | 7339673 |
| 26 | 2/18/2009 | Memorandum of Law | BY PLTF | No | 7339683 |
| 27 | 2/18/2009 | Affidavit/Certificate of Service of | OBJECTION TO DEFT RESPONSE ON 2/18/2009 | No | 7339687 |
| 28 | 2/20/2009 | Affidavit/Certification of Service w/Rule Returnable | OF OBJS TO DEFTS RESPONSE ON 2/18/2009 | No | 7342301 |
| 29 | E 2/26/2009 | Preliminary Objections of | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF STATE BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS; PENNSYLVANIA STATE BOARD OF MEDICINE; TAMMY RADEL | No | 7348669 |
| 30 | E 2/26/2009 | Affidavit/Certificate of Service of | PRELIMINARY OBJECTION TO PLF'S AMENDED COMPLAINT ON 02/25/2009 | No | 7348752 |
| 31 | E 2/27/2009 | Praec to Withdraw | PRELIMINARY OBJECTIONS FILED ON 2/26/2009 | No | 7351582 |
| 32 | E 2/27/2009 | Affidavit/Certificate of Service of | PRAECIPE TO WITHDRAW ON 02/27/2009 | No | 7351724 |
| 33 | 3/19/2009 | Objection/Opposition | PLTF TO ANS OF PREL OBJ & WITHDRAWAL OF PREL OBJS | No | 7374980 |
| 34 | 3/19/2009 | Memorandum of Law | BY PLTF | No | 7374984 |
| 35 | 3/19/2009 | Affidavit/Certificate of Service of | OBJ TO ANS OF PREL OBJ ON 03/19/2009 | No | 7374987 |
| 36 | 3/23/2009 | Affidavit/Certification of Service w/Rule Returnable | OF OBJECTION TO DEFT RESPONSES OF PREL OBJECTIONS ON 3/19/2009 | No | 7379430 |
| 37 | 4/2/2009 | Order | OF 4/1/09 KEHS CA CC | No | 7391548 |
| 38 | 4/17/2009 | Motion | (EMERG) TO REQUEST FOR CONTINUATION OF DEADLINE DATE FOR FILING PLTFS BRIEF OF ABOVE IDENTIFIED CLAIM BY PLTF | No | 7409654 |
| 39 | 4/17/2009 | Affidavit/Certificate of Service of | REQUEST OF CONTINUATION OF DEADLINE DATE ON 4/17/2009 | No | 7409666 |
| 40 | E 4/20/2009 | Answer/Response | BY COMMONWEALTH DEFENDANTS TO PLAINTIFF'S EMERGENCY MOTION | No | 7410640 |
| 41 | E 4/20/2009 | Affidavit/Certificate of Service of | RESPONSE OF COMMONWEALTH DEFENDANTS TO PLAINTIFF'S EMERGENCY MOTION AND EXHIBITS ON 04/20/2009 | No | 7410693 |
| 42 | E 4/20/2009 | Memorandum of Law | BY COMMONWEALTH DEFENDANTS | No | 7410702 |
| 43 | E 4/20/2009 | Affidavit/Certificate of Service of | COMMONWEALTH DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR RESPONSE TO PLAINTIFF'S EMERGENCY MOTION ON 04/20/2009 | No | 7410711 |
| 44 | E 4/20/2009 | Praec to Attach | EXHIBITS D1, D2 TO RESPONSE OF COMMONWEALTH DEFENDANTS TO PLAINTIFF'S EMERGENCY MOTION | No | 7411509 |
| 45 | E 4/20/2009 | Affidavit/Certificate of Service of | PRAECIPE TO ATTACH ON 04/20/2009 | No | 7411553 |
| 46 | 4/21/2009 | Affidavit/Certification of Service w/Rule Returnable | OF EMERGENCY MOT TO REQ FOR CONTINUATION ON 04/17/2009 | No | 7412243 |
| 47 | 4/21/2009 | Brief | BY PLTF PURSUANT TO COURT ORDER 4/1/09 IN REFERENCE TO PREL OBJS | No | 7412855 |
| 48 | 4/21/2009 | Affidavit/Certificate of | BRIEF ON 4/21/2009 | No | 7412857 |

| | | | | | |
|---|---|---|---|---|---|
| 49 | 4/23/2009 | Affidavit/Certification of Service w/Rule Returnable | OF BRIEF ON 04/21/2009 | No | 7415363 |
| 50 | 4/27/2009 | Order | (SUR PLTF MOTION TO REQUEST FOR CONTINUATION OF DEADLINE FOR FILING BRIEF OF ABOVE IDENTIFIED CLAIM) OF 4/23/09 DANIELE, J MOTION DENIED AS MOOT CC | No | 7418178 |
| 51 | 5/15/2009 | Motion | FOR LEAVE OF COURT FOR AMENDMENT OF ABOVE INDENTIFIED COMPLT BY PLTF | No | 7443106 |
| 52 | 5/15/2009 | Memorandum of Law | BY PLTF | No | 7443109 |
| 53 | 5/15/2009 | Affidavit/Certificate of Service of | MOT FOR LEAVE FOR AMENMENT OF COMPLT ON 5/15/2009 | No | 7443110 |
| 54 | 5/15/2009 | Amended Complaint | SECOND | No | 7443113 |
| 55 | 5/18/2009 | Affidavit/Certificate of Service of | REQUEST FOR LEAVE OF COURT ON 5/15/2009 | No | 7444763 |
| 56 | 5/18/2009 | Affidavit/Certificate of Service of | SECOND AMENDED COMPLT ON 5/15/2009 | No | 7444830 |
| 57 | 5/19/2009 | Notice | FOR BEING ON LEAVE BY PLTF | No | 7445277 |
| 58 | 5/19/2009 | Affidavit/Certificate of Service of | NOTICE FOR BEING ON LEAVE ON 5/18/2009 | No | 7445277 |
| 59 | 5/20/2009 | Rule | DATE ON 06/23/09 KEHS, CA | No | 7448175 |
| 60 | E 6/1/2009 | Preliminary Objections of | TAWOOS BAZARGANI; COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF STATE BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS; PENNSYLVANIA STATE BOARD OF MEDICINE; TAMMY RADEL | No | 7460053 |
| 61 | E 6/1/2009 | Memorandum of Law | BY TAMMY RADEL, PENNSYLVANIA STATE BOARD OF MEDICINE, AND COMMONWEALTH OF PENNSYLVANIA, DEPT OF STATE BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS | No | 7460094 |
| 62 | E 6/5/2009 | Answer/Response | BY DEFENDANTS TO PLAINTIFF'S "MOTION FOR LEAVE OF COURT FOR AMENDMENT OF THE ABOVE IDENTIFIED COMPLAINT" | No | 7466324 |
| 63 | E 6/5/2009 | Memorandum of Law | BY DEFENDANTS TAMMY RADEL, PENNSYLVANIA STATE BOARD OF MEDICINE AND COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF STATE, BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS | No | 7466334 |
| 64 | 6/25/2009 | Preliminary Objections of | BY PLTF TAWOOS BAZARGANI M.D.'S TO DEMAND FOR DISMISSAL OF THE ABOVE DEFTS PRELIMINARY OBJECTION OF JUNE 5, 2009 BC OF IMPROPER SERVICE & BC OF THEIR FAILURE TO SUBSTANTIATE ANY BASE FOR THEIR MOTION | No | 7491437 |
| 65 | 6/25/2009 | Memorandum of Law | IN SUPPORT OF PLTFS PRELIMINARY OBJECTIONS | No | 7491445 |
| 66 | 6/25/2009 | Affidavit/Certificate of Service of | PLTF TAWOOS BAZARGANI M.D.S PRELIMINARY OBJECTION ON 06/25/2009 | No | 7491448 |
| 67 | E 6/26/2009 | Praec for Argument | MATTER IS APPEALABLE - PRELIMINARY OBJECTIONS | No | 7492868 |
| 68 | E 6/26/2009 | Affidavit/Certificate of Service of | ARGUMENT PRAECIPE ON 06/26/2009 | No | 7492890 |
| 69 | 6/29/2009 | Affidavit/Certification of Service w/Rule Returnable | OF PREL OBJECTIONS ON 6/25/2009 | No | 7493767 |
| 70 | 6/29/2009 | Answer/Response | BY PLTF TO ARGUMENT PRAECIPE | No | 7494505 |
| 71 | 6/29/2009 | Affidavit/Certificate of Service of | RESPONSE ON 6/29/2009 | No | 7494509 |
| 72 | E 6/30/2009 | Reply | BY PENNSYLVANIA STATE BOARD OF MEDICINE TO COMMONWEALTH DEFENDANTS | No | 7495619 |
| 73 | E 6/30/2009 | Memorandum of Law | BY TAMMY RADEL COMMONWEALTH OF PENNSYLVANIA STATE BOARD OF MEDICINE PENNSYLVANIA STATE BOARD OF MEDICINE, COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF STATE BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS | No | 7495746 |
| 74 | E 6/30/2009 | Affidavit/Certificate of Service of | RESPONSE OF COMMW DEFENDANTS TO PLF'S PRELIM OBJECTION TO DEMAND FOR DISMISSAL ON 06/30/2009 | No | 7495798 |
| 75 | E 6/30/2009 | Affidavit/Certificate of Service of | COMMW DEFENDANTS MEMO OF LAW IN SUPPORT OF THEIR RESP TO PLFS PRELIMINARY OBJECTION ON 06/30/2009 | No | 7495807 |
| 76 | 7/1/2009 | Affidavit/Certification of Service w/Rule Returnable | OF RESPONSE TO ARGUMENT PRAECIPE ON 6/26/2009 | No | 7497186 |
| 77 | 7/27/2009 | Brief | BY PLTF | No | 7528479 |
| 78 | 7/27/2009 | Memorandum of Law | BY PLTF | No | 7528482 |
| 79 | 7/27/2009 | Affidavit/Certificate of Service of | BRIEF ON 07/27/2009 | No | 7528483 |
| 80 | 7/29/2009 | Affidavit/Certification of Service w/Rule Returnable | OF BRIEF ON 7/27/2009 | No | 7532344 |
| 81 | 8/3/2009 | Order | OF 7/30/09 DANIELE, J PLTF SECOND AMENDED COMPLAINT STRICKEN WITHOUT PREJUDICE DEFT PRELIMINARY OBJECTIONS TO SECON AMENDED COMPLAIND DENIED WITHOUT PREJUDICE PLT MOTION TO AMEND AMENDED COMPLAINT GRANTED ALL OTHER MATTERS FILED ON OR BEFORE 7/29/09 ARE DENIED CC | No | 7535825 |
| 82 | 8/17/2009 | Amended Complaint | | No | 7553215 |
| 83 | 8/17/2009 | Affidavit/Certificate of Service of | SECOND AMENDED COMPLAINT ON 08/17/2009 | No | 7553219 |
| 84 | 8/17/2009 | Civil Cover Sheet | | No | 7553221 |

| 85 |   | 8/19/2009 | Affidavit/Certificate of Service of | SECOND AMENDED COMPLT ON 08/17/2009 | No | 7556514 |
|----|---|-----------|-------------------------------------|-------------------------------------|----|---------|
| 86 | E | 8/24/2009 | Preliminary Objections of | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF STATE BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS; PENNSYLVANIA STATE BOARD OF MEDICINE; TAMMY RADEL | No | 7561811 |
| 87 | E | 8/24/2009 | Memorandum of Law | BY TAMMY RADEL, COMMONWEALTH OF PENNSYLVANIA, STATE BOARD OF MEDICINE, AND COMMONWEALTH OF PENNSYLVANIA, DEPT OF STATE BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS | No | 7561817 |
| 88 | E | 8/25/2009 | Affidavit/Certificate of Service of | PRELIMINARY OBJECTIONS TO PLAINTIFF'S SECOND AMENDED COMPLAINT ON 08/24/2009 | No | 7562063 |
| 89 | E | 8/25/2009 | Affidavit/Certificate of Service of | MEMORANDUM OF LAW IN SUPPORT OF PRELIMINARY OBJECTIONS TO SECOND AMENDED COMPLAINT ON 08/24/2009 | No | 7562087 |
| 90 | E | 9/11/2009 | Praec for Argument | MATTER IS APPEALABLE - PRELIMINARY OBJECTIONS | No | 7583352 |
| 91 | E | 9/11/2009 | Affidavit/Certificate of Service of | ARGUMENT PRAECIPE ON 09/11/2009 | No | 7583401 |
| 92 |   | 9/14/2009 | Preliminary Objections of | PLTF PURSUANT TO DEFTS REDUNDANT & IMMATERIAL PREL OBJS OF THE ABOVE CLAIM | No | 7585668 |
| 93 |   | 9/14/2009 | Memorandum of Law | BY PLTF | No | 7585669 |
| 94 |   | 9/14/2009 | Affidavit/Certificate of Service of | PLTFS PREL OBJS ON 09/14/2009 | No | 7585671 |
| 95 |   | 9/16/2009 | Affidavit/Certification of Service w/Rule Returnable | OF PRELIMINARY OBJS ON 09/14/2009 | No | 7589680 |
| 96 | E | 9/22/2009 | Answer/Response | BY COMMONWEALTH DEFENDANTS TO PLAINTIFF'S PRELIMINARY OBJECTION | No | 7599395 |
| 97 | E | 9/22/2009 | Affidavit/Certificate of Service of | RESPONSE OF COMMONWEALTH DEFENDANTS TO PLAINTIFF'S PRELIMINARY OBJECTION TO THEIR PENDING PRELIMINARY OBJECTIONS TO PLAINTIFF'S SECOND AMENDED COMPLAINT ON 09/22/2009 | No | 7599405 |
| 98 | E | 9/22/2009 | Affidavit/Certificate of Service of | COMMONWEALTH DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR RESPONSE TO PLAINTIFF'S PRELIMINARY OBJECTIONS ON 09/22/2009 | No | 7599424 |
| 99 | E | 9/22/2009 | Memorandum of Law | BY RADEL, PENNSYLVANIA STATE BOARD OF MEDICINE, COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF STATE BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS | No | 7599416 |
| 100 |   | 9/24/2009 | Objection/Opposition | PLTF TO DEFT ARGUMENT PRAECIPE | No | 7602761 |
| 101 |   | 9/24/2009 | Affidavit/Certificate of Service of | OBJECTIONS TO DEFT ARGUMENT PRAECIPE ON 9/24/2009 | No | 7602763 |
| 102 |   | 9/28/2009 | Affidavit/Certificate of Service of | OBJ ON 09/24/2009 | No | 7605247 |
| 103 |   | 10/6/2009 | Notice of Scheduling | | No | 7615665 |
| 104 |   | 11/10/2009 | Brief | BY PLTF | No | 7658217 |
| 105 |   | 11/10/2009 | Memorandum of Law | BY PLTF | No | 7658218 |
| 106 |   | 11/10/2009 | Affidavit/Certificate of Service of | BRIEF ON 11/10/2009 | No | 7658219 |
| 107 |   | 11/12/2009 | Affidavit/Certification of Service w/Rule Returnable | OF PREL OBJS ON 11/10/2009 | No | 7659300 |
| 108 |   | 4/8/2010 | Order | OF 4/5/10 DANIELE, J PRELIMINARY OBJECTIONS OVERRULED IN PART SUSTAINED IN PART (SEE ORDER) CC | No | 7841738 |
| 109 |   | 4/26/2010 | Motion | BY PLTF FOR RECONSIDERATION OF THE ORDER OF APRIL 5, 2010, NO.4 & THE ORDER OF APRIL 5, 2010 NO.5 OF THE ABOVE CLAIM | No | 7865972 |
| 110 |   | 4/26/2010 | Memorandum of Law | BY PLTF TAWOOS BAZARGANI IN SUPPORT OF THE APRIL 5, 2010, NO.4 & THE ORDER OF APRIL 5, 2010, NO.5 OF THE ABOVE CLAIM | No | 7865973 |
| 111 |   | 4/26/2010 | Affidavit/Certificate of Service of | PLTF'S MOTION FOR RECONSIDERATION OF THE ORDER OF APRIL 5, 2010 ON 04/26/2010 | No | 7866039 |
| 112 | E | 4/27/2010 | Answer/Response | BY DEFENDANTS TO MOTION FOR RECONSIDERATION | No | 7868653 |
| 113 | E | 4/27/2010 | Affidavit/Certificate of Service of | DEFENDANTS' RESPONSE TO MOTION FOR RECONSIDERATION ON 04/27/2010 | No | 7868656 |
| 114 | E | 4/27/2010 | Memorandum of Law | BY DEFENDANTS | No | 7868659 |
| 115 | E | 4/27/2010 | Affidavit/Certificate of Service of | MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' RESPONSE TO MOTION FOR RECONSIDERATION ON 04/27/2010 | No | 7868662 |
| 116 |   | 4/28/2010 | Affidavit/Certification of Service w/Rule Returnable | OF MOTION FOR RECONSIDERATION ON 4/26/2010 | No | 7869289 |
| 117 |   | 4/30/2010 | Motion | FOR RECONSIDERATION OF ORDER 4/5/2010 BY PLTF | No | 7876835 |
| 118 |   | 4/30/2010 | Memorandum of Law | BY PLTF | No | 7876836 |
| 119 |   | 4/30/2010 | Affidavit/Certificate of Service of | MOTION FOR RECONSIDERATION ON 4/30/2010 | No | 7876837 |
| 120 |   | 5/3/2010 | Affidavit/Certification of Service w/Rule Returnable | OF SUPPLEMENTAL MOTION FOR RECONSIDERATION ON 4/30/2010 | No | 7877956 |
| 121 | E | 5/12/2010 | Answer/Response | BY DEFENDANTS TO PLAINTIFF'S SUPPLEMENTAL MOTION FOR RECONSIDERATION | No | 7891709 |
| 122 | E | 5/12/2010 | Affidavit/Certificate of | RESPONSE TO SUPPLEMENTAL MOTION FOR RECONSIDERATION ON 05/11/2010 | No | 7891712 |

| | | | | | |
|---|---|---|---|---|---|
| | | Service of | BY DEFENDANTS | | |
| 123 | E 5/12/2010 | Memorandum of Law | | No | 7891721 |
| 124 | E 5/12/2010 | Affidavit/Certificate of Service of | MEMORANDUM OF LAW IN SUPPORT OF RESPONSE IN OPPOSITION TO SUPPLEMENTAL MOTION FOR RECONSIDERATION ON 05/11/2010 | No | 7891723 |
| 125 | 5/13/2010 | Order | OF 5/10/10 DANIELE,J MOT FOR RECONSIDERATION IS DENIED; CC | No | 7893380 |
| 126 | 6/9/2010 | Notice of Appeal and Service of Notice to | COMMONWEALTH COURT | No | 7929099 |
| 127 | 6/9/2010 | Affidavit/Certificate of Service of | NOTICE OF APPEAL ON 6/9/2010 | No | 7929100 |
| 128 | 6/15/2010 | Affidavit/Certificate of Service of | NOTICE OF APPEAL ON 06/09/2010 | No | 7941172 |
| 129 | 6/21/2010 | Order | OF 6/18/10 RE: PA RULE OF APPELLATE PROCEDURE 1925(B) DANIELE, J COPIES SENT 6/18/10 | No | 7943680 |
| 130 | 6/21/2010 | Praecipe | TO DEMAND FOR THE CERTIFIED CERTIFICATE OF SERVICES WHICH HAD BEEN MAILED TO THE PROTHY OF THIS HONORABLE COURT FOLLOWING COMPLETING THE SERVICES ON JUNE 9, 2010 BY PLTF | No | 7944085 |
| 131 | 7/8/2010 | Statement | (CONCISE) PURSUANT TO PA RULE OF APPELLATE PROCEDURE NO. 1925B & PURSUANT TO THE ORDER OF 6/18/2010 BY PLTF | No | 7967672 |
| 132 | 7/8/2010 | Affidavit/Certificate of Service of | PLTF'S CONCISE STATEMENT ON 7/8/2010 | No | 7967673 |
| 133 | 7/12/2010 | Affidavit/Certification of Service w/Rule Returnable | OF CONCISE STATEMENT ON 7/8/2010 | No | 7970712 |
| 134 | 7/12/2010 | Statement | (CONSISE) TO INCLUDE ATTACHMENTS BY PLTF | No | 7971963 |
| 135 | 7/12/2010 | Affidavit/Certificate of Service of | CONSISE STATEMENT ON 07/12/2010 | No | 7972039 |
| 136 | 7/14/2010 | Affidavit/Certification of Service w/Rule Returnable | OF STATEMENTS TO INCLUDE THE ATTACHMENTS & SUPPLEMENTAL CONCISE STATEMENT ON 7/12/2010 | No | 7975511 |
| 137 | 7/16/2010 | Appellate Court Notice | OF 7/12/10 APPEAL IS QUASHED COMMONWEALTH COURT OF PA 1151 CD 2010 | No | 7986074 |
| 138 | 10/5/2012 | Notice To Terminate PA RCP 230.2 | | No | 9047464 |
| 139 | 12/4/2012 | Statement Of Intention To Proceed | BY TAWOOS BAZARGANI TO DEMAND FOR CAUSE INVOLVING THE ABOVE DEFTSREFUSAL TO RENEW PLTFS MEDICAL LICENSE WITH SERVICE ON 12/04/2012 | No | 9112249 |
| 140 | 12/7/2012 | Affidavit/Certificate of Service of | STATE OF INTENTION TO PROCEED WITH THE ABOVE CLAIM AND PLAINTIFF'S MOTION TO DEMAND FOR CAUSES INVOLVING THE ABOVE DEFENDANTS' REFUSAL TO RENEW PLAINTIFF'S MEDICAL LICENSE ON 12/04/2012 TO SUE ANN UNGER ESQUIRE | No | 9116014 |
| 141 | 12/7/2012 | Affidavit/Certificate of Service of | STATEMENT OF INTENTION TO PROCEED WITH THE ABOVE CLAIM & PLTF'S MOTION TO DEMAND FOR CAUSES INVOLVING THE ABOVE DEFTS' REFUSAL TO RENEW PLTF'S MEDICAL LICENSE ON 12/4/2012 TO SUE ANN UNGER ESQ | No | 9116259 |
| 142 | E 12/7/2012 | Answer/Response | BY ALL DEFENDANTS TO PLAINTIFF'S MOTION TO DEMAND FOR CAUSES INVOLVING THE ABOVE DEFENDANTS' REFUSAL TO RENEW PLAINTIFF'S MEDICAL LICENSE WITH SERVICE ON 12/07/2012 | No | 9117377 |

**– Judgments**

**– Archive Locations**

**– Voided Dockets**

**– Linked Cases**

Copyright © 2008-2012 Paperless Solutions, Inc. All rights reserved.